*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Iva Bonelli

     Debtor(s)

Case No: 20–14471–elf

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association

     on: 3/29/22

     at: 09:30 AM

     in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/16/22

Timothy B. McGrath
Clerk of Court