

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA  19123-2690
(215) 686-1570

JOFFIE C. PITTMAN, III
ADMINISTRATIVE JUDGE

SEP 22 2022

September 12, 2022

Michael A. Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

   Re: See Attached List of Debtors
     Chapter 7 and Chapter 13

Dear Mr. Cibik:

  This court has received Notices of Dismissal and Discharge from the Bankruptcy Court relative to the thirteen Chapter 7 and Chapter 13 matters that are referenced on the attached list.

  Letters were directed to your office seeking additional information to identify each of those debtors.

  As of this writing, we have not received your reply. This court has no record of any outstanding fines and/or costs due to the Philadelphia Municipal Court, Traffic Division, for the bankruptcy cases that are listed on the attached sheet.

  Please contact this court if you have information to the contrary.

            Sincerely,

            Joffie C. Pittman, III
            ADMINISTRATIVE JUDGE

JCP/mm
✓ cc: United States Bankruptcy Court

**(12) ATTACHMENT: CIBIK, September 12, 2022, Bankruptcy Proceedings**

| DEBTOR NAME | CHAPTER | CASE NUMBER | FILED | | |
|---|---|---|---|---|---|
| Gartei, Kissie | 7 | 22-11355-elf | 5/25/2022 | Discharge | 8/25/2022 |
| Pena, Jose I. Peralta | 7 | 22-11343-elf | 5/24/2022 | Discharge | 8/25/2022 |
| Perez, Ivelisse M. | 7 | 22-11207-mdc | 5/10/2022 | Discharge | 8/25/2022 |
| Rasheed, Dashad A. | 7 | 22-11208-elf | 5/10/2022 | Discharge | 8/18/2022 |
| Gavin, Cecil R. | 7 | 22-10932-mdc | 4/8/2022 | Discharge | 7/14/2022 |
| Tassanapark, Chaiwat | 7 | 22-10779-amc | 3/29/2022 | Discharge | 7/14/2022 |
| Douglas, Joseph K. | 13 | 21-12508-amc | 9/13/2021 | Dismissal | 8/24/2022 |
| Robins, Colleen I. | 13 | 20-13974-amc | 10/5/2020 | Dismissal | 8/23/2022 |
| Thompson, Florence K. | 13 | 21-11529-mdc | 5/27/2021 | Dismissal | 8/12/2022 |
| Dougherty, John Joseph | 13 | 22-10062-elf | 1/12/2022 | Dismissal | 8/2/2022 |
| Morris, Alexis Denise | 13 | 21-13318-amc | 12/17/2022 | Dismissal | 8/4/2022 |
| Goetzinger, Leslie K. | 13 | 21-13188-elf | 11/30/2021 | Dismissal | 7/26/2022 |
| Acevedo, Emma C. | 13 | 22-10890-elf | 4/5/2022 | Dismissal | 7/19/2022 |