UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Iva Bonelli<br>            Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust<br>            Movant<br>v.<br><br>Iva Bonelli<br>Eligio Bonelli<br>William C. Miller - Trustee<br>            Respondents | CASE NO.: 20-14471-elf<br><br>CHAPTER 13<br><br>JUDGE: Eric L. Frank |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this __15th__ day of __July__, 2022, it is hereby ORDERED ~~and DECREED~~ that the Settlement Stipulation resolving Creditor, SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust's Certification of Default (Doc. # 110) is hereby APPROVED.

_____
Eric L. Frank, Bankruptcy Judge